THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE OSKROBA, Appellant, against H. ALFRED VOLLMER, as Sheriff of the County of Nassau, Respondent.—

No opinion. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

RELIABLE PRODUCTS MANUFACTURING CO., INC., et al., Respondents, v. WHALE OIL COMPANY, INCORPORATED, et al., Appellants.—

No opinion. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

WILLIAM ROSENFELD, on Behalf of Himself and All Other Stockholders of Fairchild Engine and Airplane Corporation Similarly Situated, Respondent, v. FAIRCHILD ENGINE AND AIRPLANE CORPORATION, Respondent; WEBB WILSON et al., Appellants, et al., Defendants.—

The complaint and appellants' answers and supplemental answers raise triable issues of fact. Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ., concur. [201 Misc. 616.]